**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

11

12

13

14

15

16

| | |
|---|---|
| ROBIN MARSH,<br><br>                 Plaintiff,<br>     v.<br><br>TIN, Inc., dba Temple Inland, Inc., and<br>QUALITY CARRIERS, INC.,<br><br>                Defendants. | Case No.: 10-CV-3430-LHK<br><br>ORDER DENYING REQUEST TO<br>CONTINUE CASE MANAGEMENT<br>CONFERENCE AND DEADLINES |

17

18

19

20

21

22

23

24

25

26

27

28

The parties' request to continue the Case Management Conference is DENIED.  The Court shall hold a further Case Management Conference, as scheduled, on March 16, 2011.  The parties should come prepared to discuss the reasons for the delays that have occurred in this action since the previous Case Management Conference.  The Court will consider any modifications to the schedule at that time.  In the interim, the case schedule remains as set.

**IT IS SO ORDERED.**

Dated: March 4, 2011

                            _Lucy H. Koh_

                            LUCY H. KOH<br>                            United States District Judge

1