1   DILLINGHAM & MURPHY, LLP
    JACK C. HENNING, ESQ. (SBN 139659)
2   BARBARA L. HARRIS CHIANG, ESQ. (SBN 206892)
    225 Bush Street, 6th Floor
3   San Francisco, California  94104-4207
    Phone:      (415) 397-2700
4   Facsimile:   (415) 397-3300
    Email:       jch@dillinghammurphy.com
5
    Attorneys for Defendant Quality Carriers, Inc.
6

IT IS SO ORDERED
AS MODIFIED
*Lucy H. Koh*
Judge Lucy H. Koh

7
                    UNITED STATES DISTRICT COURT
8
              NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION
9

10

11  ROBIN MARSH,                        CASE NO. CV 10-03430-LHK

12              Plaintiff,              [~~PROPOSED~~] ORDER GRANTING
                                        QUALITY CARRIERS, INC.'S *EX*
13          vs.                         *PARTE* APPLICATION TO SHORTEN
                                        TIME TO HEAR MOTION FOR A
14  TIN, Inc., dba Temple Inland, Inc., et al.,   GOOD FAITH SETTLEMENT
                                        DETERMINATION AND TO STAY
15              Defendants.             CERTAIN DISCOVERY

16                                      Judge: Hon. Lucy H. Koh
                                        Courtroom:  4 (5th Floor)
17
                                        Date Complaint Filed: June 22, 2010
18                                      Date Removed:  August 5, 2010
                                        Trial Date: December 5, 2011
19  And Related Cross-claims

20

21         An *Ex Parte* Application of Defendant Quality Carriers, Inc. (hereinafter

22  "Quality") for an order shortening the time to hear its Motion For A Good Faith

23  Settlement Determination And To Stay Certain Discovery has been presented to the

24  Court.  The Court, having considered the moving papers and the opposition papers, if

25  any, finds good cause and grants the Application.

26

27  ///

28

IT IS HEREBY ORDERED THAT:

1. Quality's Motion For A Good Faith Settlement Determination Under California Code Of Civil Procedure Sec. 877.6 ("Motion") is set for hearing in June 17, 2011, at 1:30 p.m., to be followed by the previously scheduled this department on ~~June 16, 2011, at 1:30 p.m.~~  Case Management Conference.

2. Quality's Motion must be e-filed and e-served on or before ~~May 27, 2011~~.
   May 31, 2011

3. Opposition pleadings, if any, must be e-filed and e-served on or before ~~June 7, 2011~~.  June 9, 2011.

4. Reply pleadings, if any, must be e-filed and e-served on or before June 13, 2011.

5. Quality's obligation to respond to Defendant TIN's written discovery is stayed pending the determination of the underlying Motion.  If the underlying Motion ultimately is denied, Quality will be obligated to respond to the discovery on a schedule to be agreed upon by Quality and TIN and approved by the Court.

Dated:  May _31_, 2011

_____
Hon. Lucy H. Koh
United States District Judge