GLYNN & FINLEY, LLP
ADAM FRIEDENBERG, Bar No. 205778
MORGAN K. LOPEZ, Bar No. 215513
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for Defendant, Crossclaim-Defendant
and Counter-Claimant TIN, Inc. d/b/a Temple-Inland Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ROBIN MARSH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TIN, INC. dba Temple Inland, Inc., a Delaware Corporation, QUALITY CARRIERS, INC., an Illinois Corporation,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-CLAIMS. | **Case No.** CV 10-03430 LHK<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Date:　June 17, 2011<br>Time:　1:30 p.m.<br>Place:　Courtroom 4<br>Judge:　Hon. Lucy H. Koh |

Plaintiff Robin Marsh ("Plaintiff"), Defendant, Crossclaim-Defendant and Counter-Claimant TIN, Inc. d/b/a Temple-Inland Inc. ("TIN"), and Defendant, Cross-Claimant and Cross-Defendant Quality Carriers, Inc. ("Quality") submit this Joint Case Management Statement.

**1.　Mediation / ADR**

On May 15, 2011, the parties participated in mediation before Chris Lavdiotis. At this mediation, Plaintiff and Quality were able to reach a settlement in principal. The settlement is contingent upon (1) TIN stipulating to the settlement being in good faith pursuant to California Code of Civil Procedure section 877.6 and dismissing its cross-complaint or (2) this Court finding, pursuant to noticed motion, that the settlement is in good faith pursuant to CCP Sec.

877.6 and dismissing TIN's cross-complaint. Quality has filed the good faith motion, which is set for hearing on June 17, 2011 at 1:30 p.m.

### 2. Discovery

A. Written Discovery: TIN served a set of written discovery on Plaintiff, the responses to which are due May 31, 2011. Plaintiff served a set of written discovery on TIN, responses to which are due June 8, 2011. TIN and Quality also counter-served a set of written discovery on one another, but as a result of the settlement agreement, have agreed to withdraw some or all of said discovery requests.

B. TIN Deposition: Plaintiff has noticed the deposition of TIN and three TIN employees. One of the individual depositions is scheduled for June 2, 2011. TIN is working to confirm witness availability in June for the remaining depositions.

C. Medical Examination: Defendants arranged a medical examination of Plaintiff by Dr. Curt P. Comstock, and received the physician's initial report on March 23, 2011. Dr. Comstock provided a supplemental report on April 18, 2011. As a result of these reports, as well as testimony provided by Plaintiff at her deposition, TIN believes it may be necessary for Plaintiff to submit to a mental examination. TIN has raised this issue with Plaintiff, and will bring a formal motion promptly, if the issue cannot be resolved consensually. If this mental examination is in fact necessary, the parties may need to extend the expert discovery deadline to accommodate the examination and expert analysis thereof.

### 3. Request to Continue Expert Disclosure and Discovery Deadlines

The parties and counsel have been working cooperatively together, but request a brief extension of the discovery deadlines to complete the percipient depositions discussed above and, if necessary, the independent mental examination of Plaintiff. Accordingly, the parties request that the Court continue the deadlines for fact discovery, expert disclosures, and expert discovery cutoff by approximately one month past the current deadlines. The new dates would be as follows:

Fact Discovery Cutoff: July 13, 2011

Designation of Experts: July 29, 2011

1  Expert Discovery Cutoff: September 21, 2011

2  The parties do not anticipate any further need for the extension of any discovery
3  deadlines. In addition, the requested extension would not interfere with, and the parties do not
4  request extension of, the trial, pre-trial conference or dispositive motion hearing dates.

Dated: June 3, 2011

GLYNN & FINLEY, LLP
ADAM FRIEDENBERG
MORGAN K. LOPEZ


By____/s/ Adam Friedenberg_____
　　Attorneys for Defendant, Crossclaim-
　　Defendant and Counter-Claimant TIN,
　　Inc. d/b/a Temple-Inland Inc.


Dated: June 3, 2011

BOSKOVICH & APPLETON
CHRISTOPHER APPLETON


By____/s/ Christopher Appleton_____
　　Attorneys for Plaintiff
　　Robin Marsh


Dated: June 3, 2011

DILLINGHAM & MURPHY, LLP
JACK C. HENNING
BARBARA L. HARRIS CHIANG


By____/s/ Jack C. Henning_____
　　Attorneys for Defendant, Cross-Claimant
　　and Cross-Defendant Quality Carriers,
　　Inc.

[PROPOSED] ORDER

The Court hereby ORDERS:

1) The fact discovery cutoff shall be extended to July 13, 2011;

2) Designation of experts shall occur on, July 29, 2011;

3) The expert discovery cutoff shall be extended to September 21, 2011.

Dated: June 6 , 2011

*Lucy H. Koh*

Hon. Lucy H. Koh
United States District Judge