UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Robin Marsh,<br><br>             Plaintiff,<br><br>     v.<br><br>TIN, Inc., dba Temple Inland, Inc., and Quality Carriers, Inc.,<br><br>             Defendants. | Case No.: 10-CV-03430-LHK<br><br>MINUTE ORDER |

The Court held a hearing on Defendant's motion for summary judgment, ECF No. 46, on September 15, 2011. For the reasons stated on the record, the Court DENIED Defendant's motion as to Plaintiff's first cause of action, general negligence, and as to count 1 of Plaintiff's second cause of action, premises liability. Per Plaintiff's concession, the Court GRANTED Defendant's motion as to count 2 of Plaintiff's second cause of action pursuant to California Civil Code Section 846.

The Court did not rule on Defendant's objections to Plaintiff's evidence because the Court's decision on the motion for summary judgment was based only on uncontested evidence.

The Court DENIED the parties' stipulated request to extend the deadline on expert discovery, ECF No. 53.

**IT IS SO ORDERED.**

Dated: September 15, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-03430-LHK
MINUTE ORDER