UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Robin Marsh, ) | Case No.: 10-CV-03430-LHK |
| ) | |
| Plaintiff, ) | ORDER GRANTING IN PART |
| v. ) | REQUEST FOR CONTINUANCE |
| ) | |
| TIN, Inc., dba Temple Inland, Inc., and Quality ) | |
| Carriers, Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The parties have represented to the Court that they have reached a settlement in principle and that they intend to file a stipulation of dismissal no later than Friday, October 28, 2011. ECF No. 56. The parties have additionally requested that the Court continue the deadlines for the parties to file their motions *in limine* and joint pretrial statement for ten days to permit the parties to finalize their settlement agreement. *Id.*

By 5:00 p.m. on October 28, 2011, the parties shall file their stipulation of dismissal or, if they are unable to do so, they shall file their motions *in limine* and pretrial conference statement at that time. Additionally, if the parties are unable to file their stipulation of dismissal by October 28, 2011, the oppositions to the motions *in limine* will be due November 2, 2011. The final pretrial conference remains as set on November 7, 2011.

**IT IS SO ORDERED.**

Dated: October 24, 2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 10-CV-03430-LHK
ORDER GRANTING IN PART REQUEST FOR CONTINUANCE