|   |   |
|---|---|
| ROBIN MARSH, | Case No. CV 10-03430 LHK |
| Plaintiff, | STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND PROPOSED ORDER |
| v. | |
| TIN, INC. dba Temple Inland, Inc., a Delaware Corporation, QUALITY CARRIERS, INC., an Illinois Corporation, | |
| Defendants. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the entire action be, and hereby is, dismissed with prejudice pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).  Each side shall bear its own attorney's fee and costs.

Dated: October 28, 2011         _____/S/_____
                                ANTHONY BOSKOVICH
                                Attorney for Plaintiff

Dated: October 28, 2011         _____/S/_____
                                ADAM FRIEDENBERG
                                Attorney for Defendant

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Pursuant to the stipulation of the parties, the entire action is dismissed with prejudice. Each side shall bear its own attorney's fee and costs.

Dated: _October 31, 2011_____   _____
                                   HONORABLE LUCY H. KOH

2